# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN P. MORGAN,<br><br>Defendant. | 16-po-5216-JTJ<br>VIOLATION:<br>6564282<br><br>Location Code: M13<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the Defendant shall pay a fine amount of $470 and a $30 processing fee for VN 6564282. The Defendant shall pay the fine amount of $500 in monthly payments of $100 with the first payment being submitted on or before January 13, 2017. Fine will be paid in full on or before May 13, 2017. Payment(s) should be mailed to the following address:

    Central Violations Bureau
    P.O Box 71363
    Philadelphia, Pa 19176-1362

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that the warrant issued December 8, 2016, is QUASHED.

DATED this 12th day of December, 2016.

John Johnston
United States Magistrate Judge